**Order entered May 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00546-CR
No. 05-13-00547-CR

**EDGAR ALBERTO ROMO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 199-82866-2012, 199-81976-2011**

## ORDER

The State's May 20, 2014 second motion for extension of time to file the State's brief is

**GRANTED**.  The State's brief received by the Clerk of the Court on May 20, 2014 is **DEEMED**

timely filed on the date of this order.

/s/      LANA MYERS
JUSTICE